Adam E. Lang (022545)
Erica Stutman (029664)
SNELL & WILMER
One Arizona Center
400 E. Van Buren St., Ste. 1900
Phoenix, AZ 85004-2202
Telephone:   (602) 382-6000
Facsimile:    (602) 382-6070
Email: alang@swlaw.com
       estutman@swlaw.com

Attorneys for Defendant
Wells Fargo Bank N.A.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah K. Darling,<br><br>           Plaintiff,<br><br>vs.<br><br>Wells Fargo Bank, National Association,<br><br>           Defendants. | No. CV-16-01601-PHX-SRB<br><br>**NOTICE OF SETTLEMENT** |

**Please Take Notice,** Plaintiff Deborah Darling and Defendant Wells Fargo Bank, N.A. have reached an agreement to resolve this matter. The parties anticipate filing a dismissal with prejudice, as to Defendant Wells Fargo Bank, N.A. only, within 60 days from the date of this Notice.

DATED this 8th day of August, 2016.

                                        SNELL & WILMER L.L.P.


                                By    *s/Erica Stutman*
                                        Adam E. Lang
                                        Erica Stutman
                                        One Arizona Center, Suite 1900
                                        400 East Van Buren
                                        Phoenix, Arizona 85004
                                        *Attorneys for Defendant Wells Fargo Bank, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of August, 2016, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Floyd W. Bybee, Esq.
BYBEE LAW CENTER, PLC
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
floyd@bybeelaw.com

Todd D. Simpson, Esq.
LARSON & SIMPSON, PLC
90 S. Kyrene Rd, Ste. 5
Chandler, AZ 85226-4687
todd@larsonandsimpson.com

 s/Debbie Shuta
24619836